| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank |
| In Re:<br><br>Cynthia M. Thorpe,<br><br>Debtor |

Case No.:     24-21569-JNP

Chapter:          13

Hearing Date:     06/24/2025

Judge:           Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief re: 7941 Day Avenue, Pennsauken, NJ (Docket # 23)

Date: 6/20/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*