UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Cynthia Thorpe

Case No.: 24-21569 JNP

Chapter: 13

Hearing Date: 9/03/2025

Judge: Poslusny

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for ___Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On __8/07/2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Modified Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated: 8/07/2025                                                                     /s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044<br><br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102<br><br>Midland Mortgage<br>P.O. Box 248921<br>Oklahoma City, OK 73124<br><br>Exeter Finance LLC<br>Attn: Bankruptcy<br>P.O. Box 166008<br>Irving, TX 75016<br><br>Westgate Resorts<br>5601 Windhover Drive<br>Orlando, Florida 32819 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>  (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| U.S. Department of Housing and Urban Development<br>26 Federal Plaza, Suite 3541<br>New York, NY 10278<br><br>SunRun<br>225 Bush Street, Suite 1400<br>San Francisco, CA 94104<br><br>Attn: Exeter Finance, LLC Department<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe, Ave Dept APS<br>Oklahoma City, OK 73118<br><br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br><br>William E. Craig, Esquire<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.