Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−21569−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia M. Thorpe
   7941 Day Ave
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−2082

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 4, 2025.

Dated: September 5, 2025
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                   Case No. 24-21569-JNP
Cynthia M. Thorpe                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                   Page 1 of 3
Date Rcvd: Sep 05, 2025                      Form ID: plncf13                            Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia M. Thorpe, 7941 Day Ave, Pennsauken, NJ 08110-2415 |
| cr | + | Exeter Finance LLC f/k/a Exeter Finance Corp., 2860 Patton Road, Roseville, MN 55113-1100 |
| 520464103 | + | Midland Mortgage, PO Box 248921, Oklahoma City, OK 73124-8921 |
| 520464104 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520724700 | + | SunRun, 600 California St #1800, San Francisco, CA 94108-2704 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 05 2025 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 05 2025 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520464096 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2025 21:34:12 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520466174 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2025 21:34:12 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520464097 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 05 2025 21:34:20 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 520486494 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2025 21:46:14 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 520464098 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 05 2025 21:59:34 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520464099 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 05 2025 21:16:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520464100 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 05 2025 21:19:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520464101 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 05 2025 21:17:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520527607 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 05 2025 21:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520464102 | ^ | MEBN | Sep 05 2025 21:16:06 | KML Law Group, PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |

| | | | | |
|---|---|---|---|---|
| 520531518 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2025 21:34:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520522975 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 05 2025 21:59:16 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City. OK 73118-6051 |
| 520513534 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 05 2025 21:35:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520483415 | | Email/Text: bnc-quantum@quantum3group.com | Sep 05 2025 21:18:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520464917 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 05 2025 21:35:06 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520464105 | + | Email/Text: claudia@zionsdebtholdings.com | Sep 05 2025 21:17:00 | Zions Debt Holdings, Llc, Attn: Bankruptcy, Po Box 878, Spanish Fork, UT 84660-0878 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Cynthia M. Thorpe ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Sep 05, 2025 Form ID: plncf13 Total Noticed: 23
TOTAL: 6