ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 24-21569 (JNP)

Cynthia M. Thorpe
7941 Day Avenue
Pennsauken, NJ  08110

Monthly Payment: $1,553.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/17/2025 | $1,325.00 | 02/03/2025 | $1,325.00 | 03/06/2025 | $1,325.00 | 04/08/2025 | $1,327.00 |
| 05/06/2025 | $1,327.00 | 06/06/2025 | $1,327.00 | 07/08/2025 | $1,447.00 | 08/07/2025 | $1,447.00 |
| 09/09/2025 | $1,447.00 | 10/07/2025 | $1,447.00 | 11/07/2025 | $1,447.00 | 11/13/2025 | $-1,447.00 |
| 12/09/2025 | $1,447.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | CYNTHIA M. THORPE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,300.00 | $3,300.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING, LLC | 33 | $440.80 | $0.00 | $440.80 | $0.00 |
| 2 | EXETER FINANCE, LLC | 33 | $523.08 | $0.00 | $523.08 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $494.54 | $0.00 | $494.54 | $0.00 |
| 4 | FORTIVA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $657.07 | $0.00 | $657.07 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $10,031.08 | $0.00 | $10,031.08 | $0.00 |
| 7 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDFIRST BANK | 24 | $59,895.65 | $8,520.60 | $51,375.05 | $0.00 |
| 9 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ZIONS DEBT HOLDINGS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DEPARTMENT OF THE TREASURY | 33 | $4,644.14 | $0.00 | $4,644.14 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $499.04 | $0.00 | $499.04 | $0.00 |
| 17 | MIDFIRST BANK | 13 | $549.00 | $549.00 | $0.00 | $0.00 |
| 18 | MIDFIRST BANK | 13 | $250.00 | $0.00 | $250.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2024 | 8.00 | $0.00 |
| 08/01/2025 | Paid to Date | $10,850.00 |
| 09/01/2025 | 51.00 | $1,553.00 |
| 12/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $15,191.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,302.30 |
| Arrearages: | $1,871.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**