UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Cynthia M. Thorpe,

Debtor.

| | |
|---|---|
| Case No.: | 24-21569-JNP |
| Chapter: | 13 |
| Hearing Date: | 03/10/2026 |
| Judge: | Poslusny |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Secured Creditor's Certification of Default (Docket # 57)

Date: 03/6/2026

/s/ Denise Carlon
Signature

*rev.8/1/15*