UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:

     Cynthia Thorpe

Case No.:        24-21569 JNP
Chapter:         13
Hearing Date:  5/15/2026
Judge:           Poslusny

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1.  ☐  Motion for Relief from the Automatic Stay filed by _____,
creditor,
A hearing has been scheduled for _____, at _____.

☒  Motion to Dismiss filed by the Chapter 13 Trustee.
A hearing has been scheduled for _____May 15, 2026_____, at 10:00 AM.

☐  Certification of Default filed by _____.
I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons (choose one):

☐  Payments have been made in the amount of $_____, but have not been
accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes
repayment as follows (explain your answer):

☒  Other (explain your answer): I agree with the terms that I will pay $1654.00 per month to the
Trustee for 43 months beginning 5/01/2026.

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.


Date:___4/28/2026_____                          /s/ Cynthia Thorpe_____
                                                       Debtor's Signature