Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24–21569–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cynthia M. Thorpe
7941 Day Ave
Pennsauken, NJ 08110

Social Security No.:
xxx–xx–2082

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              June 23, 2026
Time:              11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*72* – Certification in Opposition to (related document:69 Creditor's Certification of Default (related document:63 Order (Generic)) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 05/29/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Lee Martin Perlman on behalf of Cynthia M. Thorpe. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: May 29, 2026
JAN: kvr

Jeanne Naughton
Clerk