Form 173 − hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−21569−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cynthia M. Thorpe
7941 Day Ave
Pennsauken, NJ 08110

Social Security No.:
    xxx−xx−2082

Employer's Tax I.D. No.:

## NOTICE OF HEARING

        NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N.
Poslusny Jr. on

Date:                    June 23, 2026
Time:                    11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

to consider and act upon the following:

*72* − Certification in Opposition to (related document:69 Creditor's Certification of Default (related document:63
Order (Generic)) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 05/29/2026.
(Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3
Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Lee Martin Perlman on
behalf of Cynthia M. Thorpe. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: May 29, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-21569-JNP

Cynthia M. Thorpe                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID           Recipient Name and Address**
db           + Cynthia M. Thorpe, 7941 Day Ave, Pennsauken, NJ 08110-2415

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Lee Martin Perlman | on behalf of Debtor Cynthia M. Thorpe ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com |

District/off: 0312-1                                    User: admin                                    Page 2 of 2

Date Rcvd: May 29, 2026                          Form ID: 173                              Total Noticed: 1

mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 6