Form 173 − hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−21569−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Cynthia M. Thorpe
    7941 Day Ave
    Pennsauken, NJ 08110

Social Security No.:
    xxx−xx−2082

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                August 21, 2026
Time:                10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*76* − Certification in Opposition to (related document:75 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 07/30/2026. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Lee Martin Perlman on behalf of Cynthia M. Thorpe. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: July 23, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-21569-JNP

Cynthia M. Thorpe                                                                Chapter 13

　　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID                    Recipient Name and Address**
db                       +  Cynthia M. Thorpe, 7941 Day Ave, Pennsauken, NJ 08110-2415

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name                            Email Address**

Andrew B Finberg
                                      on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                                      courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Lee Martin Perlman
                                      on behalf of Debtor Cynthia M. Thorpe ecf@newjerseybankruptcy.com
                                      mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai

Matthew K. Fissel
                                      on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee
                                      USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                                      on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com

District/off: 0312-1                              User: admin                                        Page 2 of 2

Date Rcvd: Jul 23, 2026                          Form ID: 173                                   Total Noticed: 1

mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6